# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WAYNE RICKY ELSON RUDDER,

              Petitioner,

              v.

ERIC H. HOLDER, Jr.,

              Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3095-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on November 30, 2010, Ct. Rec. 7, the Petitioner's action is Dismissed without prejudice.

| November 30, 2010 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |